Argued June 1—decided June 1, 1976

STATE OF CONNECTICUT *v.* JAMES REARDON

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered

by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files his brief on or before June 30, 1976.

*Donald A. Browne,* state's attorney, for the appellee (state).

*David S. Golub,* for the appellant (defendant).

Argued June 1—decided June 1, 1976